**BEFORE THE HEALTH CARE ALTERNATIVE DISPUTE RESOLUTION OFFICE**

| | |
|---|---|
| DENEEN HAMLIN-LEWIS, by and through her guardians of the property, Marcus Lewis and Lisa Sanders, et al.<br><br>Claimants<br>v.<br><br>ANNE ARUNDEL MEDICAL CENTER, INC. et al<br><br>Health Care Providers | HCA No. 2016-434 |

## CERTIFICATE OF QUALIFIED EXPERT OF JOHN WILLIAM KINSINGER, M.D.

I, John William Kinsinger, M.D., state as follows:

1.  I am a board-certified anesthesiologist, with experience during the past 26 years in obstetric anesthesiology. I am the Medical Director of Obstetric Anesthesiology at Integris Baptist Medical Center in Oklahoma City, Oklahoma and I have devoted my practice exclusively to obstetric anesthesiology for the past 20 years. I also served as an Assistant Clinical Professor of Anesthesiology at the University of Oklahoma Health Science Center and the University of Missouri, Kansas City.

2.  I have reviewed the medical records of Deneen Hamlin-Lewis leading to and following the labor and delivery of her child, Emerri, on December 8, 2015. Based on my review of those medical records, it is my opinion that the obstetric team caring for Mrs. Hamlin-Lewis deviated from accepted standards of care in multiple respects. Those deviations included deviations by nursing providers, anesthesia providers Drs.

Vickers and Dr. Nieglos, and systemic failures by the medical center itself. Several deviations from accepted standards of care are set forth in more detail in the attached report, which I incorporate herein.

3. It is my opinion that the deviations of the standard of care by the medical providers noted above were the proximate cause of injury to Deneen Hamlin-Lewis. Specifically, had any of the anesthesia providers, the nursing providers, or the medical center itself complied with the standards of care, it is highly likely that the Mrs. Hamlin-Lewis would have avoided the severe neurologic injury she suffered in the early morning hours of December 8, 2015.

4. I do not devote more than 20% of my professional time to activities that involve testimony in medical malpractice or other personal injury litigation.

5. I have read the above and certify that it is true and correct on the basis of my knowledge, information, and belief.

_____
John William Kinsinger, M.D.

2/6/17
Date

### REPORT OF JOHN WILLIAM KINSINGER. M.D. REGARDING THE CARE PROVIDED TO DENEEN HAMLIN-LEWIS ON DECEMBER 7-8, 2015

I have reviewed the medical records of Deneen-Hamlin Lewis for the purpose of evaluating the care and treatment provided to her on December 7-8, 2015 in connection with the birth of her first child. My qualifications for conducting this review are set forth in my *curriculum vitae*, attached as Exhibit 1. To summarize those qualifications, I am a board-certified anesthesiologist and have devoted my medical practice to obstetric anesthesiology during the past 20 years. I am the Medical Director of Obstetric Anesthesiology at Integris Baptist Medical Center in Oklahoma City. I have also served as an Assistant Clinical Professor in the Department of Anesthesiology at the University of Oklahoma Health Science Center and at University of Missouri, Kansas City. I interact daily with obstetric nurses and staff, and am familiar with standards of care governing anesthesiologists and non-physician providers in the obstetric setting. I have also helped develop and implement the systems and methods necessary for the safety of mother and child during the labor and delivery process, including as they relate to communications between providers and control of blood pressure in pregnant women.

Below I provide a brief non-exhaustive review of salient facts. At approximately 3:30 p.m. on December 7, 2015, Mrs. Hamlin-Lewis was admitted to Anne Arundel Medical Center labor and delivery ward with significant hypertension. Her pregnancy to that point had been complicated by advanced maternal age, a urinary tract infection requiring brief hospitalization, and elevated blood sugars which she had carefully monitored. Mrs. Hamlin was admitted for the purpose of delivering her child. This was her first delivery. Initial testing revealed 2+ urine protein and low platelets (130,000). During the initial hours of her admission, between approximately 3:30 p.m. and 6:30 p.m., she exhibited dangerously high blood pressures, which were inadequately treated by the nurses and physicians caring for her. In particular, the management of her blood pressure represents a clear deviation from ACOG guidelines/standard order sets for a patient with severe preeclampsia. This mismanagement of her severely elevated blood pressure indicates that Anne Arundel Medical Center lacked systems for educating providers on safe and effective means for treating pregnant women with severe preeclampsia.

In response to the belated administration of 40mg of Labetalol, Mrs. Hamlin-Lewis' blood pressure remained for the most part below the accepted threshold of severe hypertension for a several hour period between approximately 7:40 p.m. and 2:00 a.m. on December 8. At approximately that time, the labetalol she had been given previously had been significantly metabolized by her system, and her blood pressure spiked again to dangerous levels. Once again, she received inadequate blood pressure control by the team at Anne Arundel Medical Center.

The inadequate management of her severe preeclampsia triggered respiratory problems in Mrs. Hamlin-Lewis. Specifically, she began to develop pulmonary edema. The record documents increased respiratory rate, diminished oxygen saturations, changes in breath sounds, agitation, and the need of the patient to sit up or stand up in order to breath effectively. These symptoms – and others – are summarized in doctors'

notes, nurses' notes, and code sheets, which demonstrate Mrs. Hamlin-Lewis' respiratory decline. The notes of physicians and nurses – specifically notes from obstetrician Dr. Guckes, multiple nursing notes from Nurse Boucher, and the code sheet – reveal that the patient was in significant respiratory distress by 4:00 a.m. on December 8, with oxygen saturation measured at 91% and a respiratory rate of 35. Her condition required immediate action, including an anesthesia consult and other measures to support the patient's oxygenation and ventilation. There was no anesthesia involvement until approximately 4:45 a.m., when the patient's respiratory status deteriorated to an extent that she was taken to the OR for an immediate c-section and coded upon entrance to the operating room. At that time, anesthesia providers Dr. Vickers and Dr. Nieglos apparently made a single attempt to intubate her, which was unsuccessful. Instead of following the American Society of Anesthesiologists algorithm for difficult airways, her anesthesia providers attempted to ventilate and oxygenate Mrs. Hamlin-Lewis with a bag-mask, while they obtained a glidescope, ultimately intubating her on the "second attempt" at 4:53 a.m. That is, the patient was permitted to remain without sufficient oxygenation and ventilation for approximately 7 minutes between the time of her code at 4:46 a.m. and the time of her intubation at 4:53 a.m.

Fortunately, shortly after intubation, her cardiac function was restored, allowing her to survive the mishaps that occurred over the course of the previous hours. Unfortunately, she suffered global anoxic brain injury as a result of her improperly treated severe hypertension and respiratory difficulties, the resulting pulmonary edema, and the failure to establish an airway in accordance with standards of care.

I hold multiple opinions regarding the care and treatment provided to Mrs. Hamlin-Lewis.

1. It is my opinion that Mrs. Hamlin-Lewis received inadequate control of her severe and dangerous hypertension during the 13-hour period between the time she was admitted to Anne Arundel Medical Center and the time her child was delivered. The failure to control her blood pressure illustrates a systemic failure by Anne Arundel Medical Center to promulgate and implement guidelines or standard order sets on acceptable treatment of severe preeclampsia in pregnant women.

2. The failure to control the patient's severe preeclampsia led to pulmonary edema and ultimately respiratory failure with resulting cardiac arrest.

3. The care administered to Mrs. Hamlin-Lewis between the time she began showing signs and symptoms of respiratory distress and her cardiopulmonary collapse at approximately 4:46 a.m. was woefully inadequate. The communication between members of her care team regarding her signs and symptoms was deficient. Her providers failed to react with urgency to her clear and worrisome deterioration. The patient required an anesthesia consult well before 4:45 a.m. on

2

December 8. If she had received a suitable anesthesia consult even minutes earlier, it is highly likely that she would have been adequately ventilated and that neurologic injury would have been avoided.

4. Anesthesia providers Drs. Vickers and Nieglos failed to adhere to accepted standards of care for managing a difficult airway. Had they complied with the ASA algorithm, it is highly likely that the patient would have avoided her neurologic injuries.

5. The resulting neurologic injuries to Mrs. Hamlin-Lewis are a medical tragedy which could have and should have been prevented if her providers and the Anne Arundel Medical Center had followed routine and evidence-based practices.

    This report is not intended to be an exhaustive report of all opinions I hold in this tragic case. I reserve the right to supplement and/or amend this report upon receipt of additional information.

                                  John William Kinsinger, M.D.

February 6th, 2017

3

# CURRICULUM VITAE

## October 2015

**PERSONAL DATA:**

NAME: John William Kinsinger, M.D.
BIRTHDATE: May 31, 1962
BIRTHPLACE: Oklahoma City, Oklahoma
CITIZENSHIP: United States of America

**EDUCATION:**

| | | |
|---|---|---|
| Bachelor of Arts in Chemistry | Westminster College<br>Cum Laude graduate | 1984 |
| Doctor of Medicine | University of Oklahoma | 1988 |
| Residency in General Surgery | University of Oklahoma | 1988-89 |
| Residency in Anesthesiology | University of Arkansas | 1991-93 |

**PROFESSIONAL HIGHLIGHTS:**

Appointed by Oklahoma Governor Mary Fallin to the Oklahoma Board of Medical Licensure and Supervision in July 2011, elected vice president of OBMLS in 2013, president 2014.

Named "Chiropractic Enemy Number One" in August 2005 by the most widely circulated chiropractic periodical in the world, Dynamic Chiropractic.

**BOARD CERTIFICATION:**

| | |
|---|---|
| Diplomat, National Board of Medical Examiners | 1988 |
| Board Certification, American Board<br>     Of Anesthesiology | 1995 |

**PROFESSIONAL EXPERIENCE:**

Medical Director of Obstetric Anesthesiology     2004-Present
  Integris Baptist Medical Center, Oklahoma City, Oklahoma

Assistant Clinical Professor     2009-2013
  Department of Anesthesiology
  Univ. of Okla. Health Science Center

Assistant Clinical Professor     2009-2015
  Department of Anesthesiology
  University of Missouri Kansas City

Staff Anesthesiologist     1996-2013
  Mercy Hospital, Oklahoma City, Oklahoma

Staff Anesthesiologist     2000-Present
  Lakeside Women's Hospital

Staff Anesthesiologist     1994-96
  Jane Phillips Episcopal-Memorial Medical Center, Bartlesville, Oklahoma

Emergency Room Physician     1989-1991
  Spectrum Emergency Care, Inc

**ACADEMIC APPOINTMENTS:**

Assistant Clinical Professor     2009-2013
  Department of Anesthesiology
  Univ. of Okla. Health Science Center

Assistant Clinical Professor
  University of Missouri-Kansas City     2010-2015
  School of Medicine

**MEMBERSHIP IN PROFESSIONAL SOCIETIES:**

    American Society of Anesthesiologists
    Oklahoma State Medical Association
    Oklahoma Society of Anesthesiologists
        President, 2006, 2009
           Political Action Committee, Chairman 2003-2011
    Oklahoma County Medical Society

**SCHOLASTIC HONORS AND AWARDS:**

    Robert D. Dripps, M.D. Memorial Award        1993
    Presented to outstanding graduate resident in Anesthesiology
    University of Arkansas for Medical Sciences
    Little Rock, Arkansas

    Chief Resident, Department of Anesthesiology    1992-93
    University of Arkansas for Medical Sciences
    Little Rock, Arkansas

    Alpha Chi National Scholastic Honorary Society    1984
    Westminster College
    Fulton, Missouri

    Pi Mu Epsilon National Honorary Mathematics    1984
    Fraternity
    Westminster College
    Fulton, Missouri

    CRC Press Freshman Chemistry Achievement Award 1981

**HOSPITAL COMMITTEES:**

    Pharmacy & Therapeutics Committee        1997-2004
    Chairman 2004

    Mercy Health Center Pain Committee        2002-2004

**COMMUNITY SERVICE:**

    Active member of St. Eugene Catholic Church and School

    Den leader for Cub Scout Pack 129

    Volunteer advocate for victims of Chiropractic

    Volunteer pilot for Pilots N Paws, an animal rescue organization

    Longtime supporter of the following charitable organizations:
        Special Olympics
        Catholic Arch Diocese of Oklahoma City ADF
        Wounded Warrior Project
        Anesthesia Patient Safety Foundation

**PUBLICATIONS:**

1. Kinsinger JW, Brian JE. Medical Qualification of Sport Scuba Divers. *The Journal of The Arkansas Medical Society,* 1993; 89: 552-556

2. Kinsinger JW, Katz M. Chiropractic at Florida State University: An Account of an Unsuccessful Attempt at Association. *The Scientific Review of Alternative Medicine,* 2006; 9:28-33

**PATENTS:**

Kinsinger JW. United States Patent. Laryngeal Mask Airway and Method for Its Use. Patent Number 5,623,921


**PRESENTATIONS:**

Kinsinger JW: Postoperative Pediatric Pain Management, Mercy Health Center Clinical Conference, Oklahoma City, OK, March 1997

Kinsinger JW: Epidural Analgesia for Management of Postoperative Pain, Mercy Health Center Clinical Conference, Oklahoma City, OK, December 2003

Kinsinger JW: "21st Century Chiropractic: A Physician's Guide to the Truth." Mercy Health Center Clinical Conference, February 2004

Kinsinger JW: "21st Century Chiropractic: A Physician's Guide to the Truth." Grand Rounds Presentation-University of Oklahoma Department of Orthopedic Surgery, July 2004

Kinsinger JW: "212st Century Chiropractic: A Physician's Guide to the Truth." OSA Annual Meeting, Dallas, TX August 2004

Kinsinger JW: "21st Century Chiropractic: A Physician's Guide to the Truth." CME Conference, Deaconess Hospital, September 2004

Kinsinger JW: "21st Century Chiropractic: A Physician's Guide to the Truth." Oklahoma Society of Occupational Medicine, January 2005

Kinsinger JW: "21st Century Chiropractic".   Oklahoma University Health Science Center Spinal Manipulation Conference, University of Oklahoma Department of Rehabilitation Sciences, March 2005

Kinsinger JW: "21st Century Chiropractic: A Physician's Guide to the Truth." Villa Christi CME Conference, Ponca City, OK, August 2005

Kinsinger JW: "21st Century Chiropractic: Healing Art or Dangerous Hoax?" American Physical Therapy Association State Legislative Conference, Annapolis, MD, September 2005

Kinsinger JW: "21st Century Chiropractic: Healing Art or Dangerous Hoax?" Midwest Spine Therapists, Kansas City, MO, November 2005

Kinsinger JW: "21st Century Chiropractic: Healing Art or Dangerous Hoax?" University of Oklahoma College of Allied Health, Tulsa, OK, March 2006

Kinsinger JW: "21st Century Chiropractic: Healing Art or Dangerous Hoax?" Missouri Physical Therapy Association, St. Louis, MO, April 2006

Kinsinger JW: "21st Century Chiropractic: Healing Art or Dangerous Hoax?" Oklahoma State Medical Association Annual CME, May 2006

Kinsinger JW: "21st Century Chiropractic:  Healing Art or Dangerous Hoax?"  Arizona Physical Therapy Association Annual Meeting, Phoenix Arizona, October 7, 2006

Kinsinger JW: "21st Century Chiropractic:  Healing Art or Dangerous Hoax?"  Oregon Physical Therapy Association, Portland Oregon, October 8, 2006

Kinsinger JW: "21st Century Chiropractic:  Healing Art or Dangerous Hoax?"  University of Oklahoma Spinal Manipulation Update, Tulsa Oklahoma, March 9, 2007

Kinsinger JW: "21st Century Chiropractic:  Healing Art or Dangerous Hoax?"  American Physical Therapy Association Legislative Affairs Conference, Albuquerque, New Mexico, September 22, 2007

Kinsinger JW: "21st Century Chiropractic: Healing Art or Dangerous Hoax?"  Indiana Physical Therapy Association
Annual Meeting, Indianapolis, Indiana, September 26, 2009

Kinsinger JW: "21st Century Chiropractic: Healing Art or Dangerous Hoax?"  Integris Baptist Medical Center CME Program, OKC, OK , October 2010

Kinsinger JW:  "21st Century Chiropractic:  Healing Art or Dangerous Hoax?"  Oklahoma City University.  March 11, 2011

Kinsinger JW:  "21st Century Chiropractic:  Healing Art or Dangerous Hoax?"  Oklahoma City University.  March 14, 2012

Kinsinger JW: "The Epidural Space is Your Friend" Teleflex National Sales Meeting, Phoenix, AZ,  April 2012

Kinsinger JW:  "21st Century Chiropractic:  Healing Art or Dangerous Hoax?"  Oklahoma City University.  February 4, 2014

Kinsinger JW:  "21st Century Chiropractic:  Healing Art or Dangerous Hoax?"  Great Plains Family Medicine CME program.  February 18, 2015

**REFERENCES:**

Carmelito Pablo., M.D., Professor and Chairman
Department of Anesthesiology
University of Arkansas for Medical Sciences
Little Rock, Arkansas
(501)320-1329

David Kallenberger, M.D., Chief of Obstetrics and Gynecology
Integris Baptist Medical Center
Oklahoma City, OK
(405)949-9401

Scott Maxwell, M.D., Staff Anesthesiologist
Mercy Health Center
Oklahoma City, OK
(405)752-3875